**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY -5 2010

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:09CR189 |
| v. | § | |
| | § | |
| JOE PAUL MANGUM | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On April 15, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress (Warrant and Statements) (Dkt. 23) be **DENIED**.

The court, having made a *de novo* review of the objections raised by Defendant and the Government's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Motion to Suppress (Warrant and Statements) (Dkt. 23) is **DENIED**.

**SIGNED** this 5th day of May, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE